IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE J. LEBLANC, JR., | No. C 13-5830 CW (PR) |
|     Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
|   v. | |
| ALAMEDA COUNTY SHERIFF DEPARTMENT, | (Docket no. 2) |
|     Defendant.                / | |

    On December 16, 2013, Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Included with the complaint was an incomplete application to proceed in forma pauperis. That same date, the Clerk of the Court sent a notice to Plaintiff informing him that his action could not go forward until he paid the filing fee or filed a completed in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application with a warning that he must pay the filing fee or return the completed application within twenty-eight days or his action would be dismissed.

    More than twenty-eight days have passed and Plaintiff has not paid the filing fee, submitted a completed in forma pauperis application, or otherwise communicated with the Court. Plaintiff's motion for leave to proceed in forma pauperis is denied because his application is incomplete. Doc. no. 2.

1  This action is DISMISSED WITHOUT PREJUDICE. The Clerk of the
2 Court shall close the file.
3  IT IS SO ORDERED.
4 Dated: 2/3/2014

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2